THE DRY DOCK, EAST BROADWAY AND BATTERY RAILROAD COMPANY, Appellant, *v.* RICHARD A. CUNNINGHAM, impleaded, etc., Respondent.

(Argued October 7, 1873; decided October 10, 1873.)

*John M. Scribner, Jr.,* for the appellant.

*Carlisle Norwood* for the respondent.

Agree to dismiss appeal.
No opinion; all concur.
Appeal dismissed.